1  Richard Johnston - SBN 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone (707) 577-7422
3  Facsimile (707) 837-9532

4
   Attorney for Plaintiff
5  Kim Rivers

6
                       **UNITED STATES DISTRICT COURT**
7
                       **NORTHERN DISTRICT OF CALIFORNIA**
8

9  KIM RIVERS,                                )   Case No. C 08-02298 MMC
                                              )
10         Plaintiff,                         )   **CERTIFICATE OF SERVICE**
                                              )
11  vs.                                       )
                                              )
12  AON CORPORATION LONG TERM DISABILITY)
    PLAN, PRUDENTIAL INSURANCE COMPANY )
13  OF AMERICA                                )
                                              )
14         Defendants.                        )
    _____   )
15

16

17         I, the undersigned, hereby certify that I am employed in the City of Santa Rosa, County

18  of Sonoma. I am over the age of 18 years, and am not a party to the within action. My

19  business address is 131A Stony Circle, Suite 500, Santa Rosa, California 95401.

20         On May 8, 2008, I mailed at Santa Rosa, California:

21         **1.**   Notice of Lawsuit and Request for Waiver of Service of Summons

22         **2.**   Waiver of Service of Summons

23         **3.**   Complaint

24         **4.**   Order Setting Initial Case Management Conference and ADR Deadlines

25         **5.**   Case Management Conference Order

26         **6.**   Standing Orders for Civil Cases Assigned to the Honorable Maxine M. Chesney

27         **7.**   Standing Order for all Judges of the Northern District of California

28

    _____
    CERTIFICATE OF SERVICE

1     **8.**    Welcome to the U.S. District Court, San Francisco

2     **9.**    Notice of Availability of Magistrate Judge to Exercise Jurisdiction

3     **10.**    U.S. District Court Northern California ECF Registration Information Handout

in a sealed envelope with postage fully prepaid and addressed to:

CSC - Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, California 95833
*Registered Agent for Service of Process of*
*AON Corporation, Plan Sponsor of*
*Defendant AON Corporation Long Term Disability Plan*

CT Corporation System
818 West Seventh Street
Los Angeles, California 90017
*Registered Agent for Service of Process of*
*Defendant Prudential Insurance Company of America*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed May 8, 2008, at Santa Rosa, California.

                                        /S/
                                Richard Johnston

CERTIFICATE OF SERVICE         2