Robert J. McKennon (123176), rmckennon@barwol.com
Sara A. Maunder (238104), smaunder@barwol.com
BARGER & WOLEN LLP
19800 MacArthur Boulevard, 8th Floor
Irvine, California 92612
Telephone: (949) 757-2800
Facsimile: (949) 752-6313

Attorneys for Defendants
The Prudential Insurance Company of America
and Aon Corporation Long Term Disability Plan

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM RIVERS, | CASE NO.: CV 08-2298 MMC |
| Plaintiff, | **DEFENDANTS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| vs. | |
| AON CORPORATION LONG TERM DISABILITY PLAN, PRUDENTIAL INSURANCE COMPANY OF AMERICA, | [Local Rule 3-16] |
| Defendants. | Complaint Filed: May 2, 2008 |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

k:\office4\40694\008\08pleadings\03 notice of interested parties.doc

1  TO THE HONORABLE MAXINE M. CHESNEY AND TO HER COURT CLERK,
2  AND TO THE PLAINTIFF AND HER ATTORNEYS OF RECORD:

4        The undersigned, counsel of record for Defendants The Prudential Insurance Company of America and Aon Corporation Long Term Disability Plan (collectively "Defendants"), certifies that other than the named parties, Defendants are unaware of any other parties that may have a direct, pecuniary interest in the outcome of this case. Defendants further disclose that The Prudential Insurance Company of America is a wholly owned subsidiary of Prudential Financial, Inc., a publicly held corporation.

12       These representations are made to enable the Court to evaluate possible disqualification or recusal.

16 DATED: June 2, 2008

BARGER & WOLEN LLP

By: _____/s/ Sara A. Maunder_____
ROBERT J. MCKENNON
SARA A. MAUNDER
Attorneys for Defendants
The Prudential Insurance Company
of America and Aon Corporation
Long Term Disability Plan

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is: Barger & Wolen LLP, 19800 MacArthur Boulevard, Suite 800, Irvine, California 92612-2427.

    On **June 2, 2008**, I served the foregoing document(s) described as **DEFENDANTS' NOTICE OF INTERESTED PARTIES** on the interested parties in this action by causing it to be electronically filed using the Court's Electronic Filing System which constitutes service of the filed document on individual(s) listed below:

[ ]   **BY FACSIMILE:** By transmitting an accurate copy via facsimile to the person and facsimile number stated above.

Richard Johnston                           Attorneys for Plaintiff
131-A Stony Circle, Suite 500            Kim Rivers
Santa Rosa, California 95401
Telephone: (707) 577-7422
Facsimile: (707) 837-9532

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed at Irvine, California on **June 2, 2008**.

NAME: Derek Sutter                  _____
                                                         (Signature)