UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Kim Rivers

               Plaintiff(s),

Case No. CV 08-2298 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

Aon Corporation Long Term Disability Plan, et al.
               Defendant(s).
_____/

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: Aug 1, 2007

The Prudential Insurance Company of America

[Party] Len Giusti

Dated: July 31, 2008

BARGER & WOLEN LLP

Sara A. Maunder
[Counsel] Sara A. Maunder

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05