**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**

**E-filing**

Date: AUG 2 2 2008

C - 08 - 2298 - MMC

Kim Rivers v. AON Corp Long Term Disability Plan

Attorneys: Richard Johnston    Robert McKennon

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____ _____
2. _____ _____
3. _____ _____
4. _____ _____

( ) Status Conference    ( ) P/T Conference    (✓) Case Management Conference  *Initial*

**ORDERED AFTER HEARING:**

Deadline for Plaintiff to file motion for Judgment is 3/20/09. Joint statement due by 7/10/09.

( ) ORDER TO BE PREPARED BY: Plntf_____ Deft_____ Court_____

(✓) Referred to ~~Magistrate~~ ADR For: Mediation

(✓) CASE CONTINUED TO 7/17/09 @ 10:30 for Continued Case Management Conference
( )By Court

Discovery Cut-Off_____Expert Discovery Cut-Off_____

Plntf to Name Experts by _____ Deft to Name Experts by _____

P/T Conference Date_____ Trial Date_____ Set for ____ days
                          Type of Trial: ( )Jury   ( )Court
Notes: _____

cc: ADR/MED (20 min)